**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **NICOLE KELLY** | * | **CIVIL ACTION NO. 5:11-cv-00838** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE: ELIZABETH E. FOOTE** |
| | * | |
| **ACE AMERICAN INSURANCE** | * | **MAG.: MARK L. HORNSBY** |
| **COMPANY, WERNER ENTERPRISES,** | | |
| **INC. OF NEBRASKA, CRAWFORD** | | |
| **GREEN, PROGRESSIVE COUNTY** | | |
| **MUTUAL INSURANCE COMPANY,** | | |
| **AND MELISSA PETERSON** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing;

**IT IS HEREBY ORDERED** that this matter be remanded to the 1st Judicial District Court for the Parish of Caddo, State of Louisiana.

Shreveport, Louisiana, this 20th day of June, 2011

_____
**UNITED STATES DISTRICT JUDGE**

1