

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

June 23, 2011

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101*
*1-337-593-5000*  *1-318-676-4273*

Clerk of Court
1st Judicial District Court
Caddo Parish Courthouse
501 Texas Street
Shreveport, LA 71101

      In re:  Civil Action No.  5:11cv0838
              Your Case No.  550,359-B
              Nicole Kelly vs.  Ace American Insurance Co et al

Dear Sir:

     Please be advised that the above captioned matter has been remanded to your Court.  We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

     The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF.  Our website is https://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

     Please acknowledge receipt on the enclosed copy of this letter.

     For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

     THUS DONE  June 23, 2011.

                                          TONY R. MOORE
                                          CLERK OF COURT

tlk